**DENY and Opinion Filed June 23, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-01029-CV**

**IN RE LIBERTY COUNTY MUTUAL INSURANCE COMPANY AND ANGELA SUE HARRINGTON, Relators**

**Original Proceeding from the 471st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 471-02017-2021**

## MEMORANDUM OPINION

Before Justices Osborne, Pedersen, III, and Goldstein
Opinion by Justice Osborne

In this original proceeding, relators Liberty County Mutual Insurance Company (Liberty) and Angela Sue Harrington petition this Court for a writ of mandamus ordering respondent to vacate and set aside her order dated November 3, 2021, denying relators' motion to quash the oral deposition of Liberty's corporate representative and to grant relators' motion to quash. We requested a response from respondent and real party in interest, but none was filed.

Entitlement to mandamus relief requires relators to show that the trial court clearly abused its discretion and that relators lack an adequate appellate remedy. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig.

proceeding). After reviewing relators' petition and the record, we conclude that relators have failed to demonstrate a clear abuse of discretion.[1] *See* TEX. R. APP. P. 52.8(a).

Accordingly, we deny the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a). We also lift the stay issued by our order dated December 7, 2021.

211029f.p05

/Leslie Osborne//
LESLIE OSBORNE
JUSTICE

---

[1] Additionally, we note that the verification of the record indicates that pages 1MR:61–3MR:1711 of the record were part of relators' supplemental motion as that motion was filed in the trial court. *See* TEX. R. APP. P. 52.7(a). After reviewing the record, however, these pages do not appear to have been filed with the supplemental motion as an exhibit thereto. *See Constant v. Gillespie*, No. 05-20-00734-CV, 2022 WL 1564555, at *6 (Tex. App.—Dallas May 18, 2022, no pet. h.) (mem. op.).